**CHECK REQUISITION/EXPENSE REIMBURSEMENT**

**DATE:** July 12, 2010

**DATE & TIME NEEDED:** October 8, 2009

**ISSUE CHECK PAYABLE TO:** 3B Studio Inc.

**TAX ID NUMBER:** 76-0691453
REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

**ADDRESS:** 405 Main Street, #1100
Houston, Texas 77002

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

**AMOUNT:** $1,550.00

| FIRM RECHARGE ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**DESCRIPTION:**

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS.ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

**OFFICE CODES**
01: HOUSTON    08: AUSTIN    15: LONDON
02: NEW YORK    09: WASHINGTON    16: ST. LOUIS
03: LOS ANGELES    10: HONG KONG    17: RIYADH
06: SAN ANTONIO    11: MINNEAPOLIS    18: DUBAI
07: DALLAS    12: MUNICH

**DEPT. CODES**
004: BANKRUPTCY    015: HEALTH    036: ENERGY & REAL PROP.
006: CORP. & BANK    021: LABOR    039: TAX
007: TECHNOLOGY    024: LITIGATION    048: ADMIN
009: ENVIRONMENTAL    030: INTEL. PROP    092: SUMMER CLERKS
012: FAMILY    033: PUBLIC    000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

**CLIENT RECHARGE**

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | COST CODES | |
|---|---|---|---|---|---|
| E123 | 10813372 | YRC/Wesley v. Yellow Transportation, Inc. | $1,550.00 | E121 | ARBITRATORS/MEDIATORS |
| | | | | F200 | CONFERENCE EXPENSES |
| **NARRATIVE:** | | | | E107 | DELIVERY SERVICES |
| Graphics Design | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| | | | | E101 | DUPLICATING EXPENSES |
| | | | | E119 | EXPERTS |
| | | | | E112 | FILING FEES/COURT FEES |
| | | | | F211 | FOREIGN ASSOCIATE |
| | | | | E105 | LD TELEPHONE |
| | | | | E118 | LITIGATION SUPPORT VENDORS |
| **NARRATIVE:** | | | | F208 | LOBBY – MEALS/ENT |
| | | | | F209 | LOBBY OTHER |
| | | | | E122 | LOCAL COUNSEL |
| | | | | E109 | LOCAL TRAVEL |
| | | | | E111 | MEALS |
| | | | | E106 | ONLINE RESEARCH |
| | | | | E123 | OTHER PROFESSIONALS |
| | | | | E124 | OTHER (EXPLAIN) |
| | | | | E110 | OUT OF TOWN TRAVEL |
| **NARRATIVE:** | | | | E102 | OUTSIDE PRINTING |
| | | | | E108 | POSTAGE |
| | | | | E120 | PRIVATE INVESTIGATIONS |
| | | | | F201 | PTO FEES |
| | | | | F213 | PTO MAINTENANCE FEE |
| | | | | F207 | RECORDS |
| | | | | F214 | REFUND OF CLIENT COST CREDIT |
| | | | | F204 | SECRETARY OVERTIME |
| **NARRATIVE:** | | | | E113 | SUBPOENA FEES |
| | | | | E117 | TRIAL EXHIBITS |
| | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | E114 | WITNESS FEES |

**ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.**

**DELIVER CHECK TO:** Sharry Harrison

Shauna Johnson Clark                                                                                     07685

**ATTORNEY NAME (PRINT)**    **ATTORNEY SIGNATURE**    **ATTORNEY #**